# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFERY BELCHER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION <br><br> No. 09-2299-KHV |

## ORDER

Jeffrey Belcher appeals the final decision of the Commissioner of Social Security denying supplemental security income under Sections 1602 and 1614(a)(3)(A) of the Social Security Act. See 42 U.S.C. §§ 1381a and 1382c(a)(3)(A). On May 4, 2010, Magistrate Judge Gerald B. Cohn recommended that the Commissioner's decision be reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings. See Report And Recommendation (Doc. #18) The deadline for filing written objections to the report and recommendation was May 18, 2010. The parties have not objected. The Court hereby adopts the Report And Recommendation (Doc. #18) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **REVERSED.** The case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report And Recommendation (Doc. #18) filed May 4, 2010.

Dated this 1st day of June, 2010, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge